# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 31, 2019

## NO. 03-19-00310-CV

**The State of Texas, Appellant**

**v.**

**$71,404.00 U.S. Currency, Appellee**

**APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on April 11, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.